# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

**No. 201600350**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**DYLAN E. DENAULT**
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel E.H. Robinson, Jr., USMC.
For Appellant: Major Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 30 December 2016

———————————————

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the military judge merged Specifications 1 and 2 of Charge I into a single specification for findings and sentence to read as follows:

> In that Corporal Dylan E. Denault, U.S. Marine Corps, while on active duty did, on or near Okinawa, Japan, on or about 12 November 2015, attempt the sexual assault of a child by driving to the house of an individual who Corporal Denault believed had not attained the age of 16 years to cause that individual to penetrate Corporal Denault's anus

and mouth with that individual's penis and to penetrate that individual's anus and mouth with Corporal Denault's penis.

For the Court



R.H. TROIDL
Clerk of Court